UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Marcus R. Lewis

Case No. 20-50567
Hon. Randon
CHAPTER 13

_____/

### AFFIDAVIT TO SUPPORT MOTION TO EXTEND THE AUTOMATIC STAY

I, Marcus R. Lewis, hereby swear and affirm that the information contained within my Motion to Extend the Automatic Stay is true, namely that in my prior case I voluntarily dismissed my case as I was told that my vehicle which has been repossessed was totaled and no longer operational and as such I did not have reliable transportation to and from work and did not believe that I could afford my plan payment. I have since found that the vehicle is not totaled and is repairable, I can afford to make the necessary repairs to have valid transportation to and from work, and I will be returning to work in January, 2021 and earning more income which will allow me to make all plan payments going forward, making this case feasible.

Furthermore, Deponent sayeth not.

I declare and affirm under penalty of perjury that I have read the foregoing averments and the statements above are true and correct to the best of my knowledge, information and belief.

DATE: 10-20-20       /s/ Marcus R. Lewis  *M.L*
                     Marcus R. Lewis