UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:   Marcus R. Lewis							Case No. 20-50567
									Hon. Randon
									CHAPTER 13

_____/

ORDER GRANTING MOTION TO EXTEND THE AUTOMATIC STAY

Upon Debtor's Motion to Extend the Automatic Stay;

IT IS HEREBY ORDERED:

1. That the automatic stay be extended against all creditors until otherwise ordered by the Court.
2. The balance on hand with the Trustee from Debtor's prior case, No.: 20-46770-mar will be transferred to Debtor's current case after payment of approved attorney fees in the prior case.

**Signed on November 6, 2020**

/s/ Mark A. Randon
**Mark A. Randon**
**United States Bankruptcy Judge**